IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MARIA JURADO,<br><br>Defendant. | CR 22-126-BLG-SPW-4<br><br><br>ORDER |
|---|---|

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment Without Prejudice (Doc. 68). For good cause being shown,

**IT IS HEREBY ORDERED** that the motion to dismiss the indictment **WITHOUT PREJUDICE** against defendant Jose Maria Jurado is **GRANTED**.

**IT IS FURTHER ORDERED** that the trial set for March 20, 2023 is **VACATED <u>for Defendant Jose Maria Jurado only.</u>**

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 22nd day of December, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge